```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AISHA POPE,
                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------x

**ORDER**

21 CV 8986 (VB) (PED)

      By Order dated May 19, 2022 (Doc. #11), the Court directed the parties to notify the Court by June 2, 2022, whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

      The parties have not complied with the Court's Order.

      By **June 10, 2022**, counsel for the defendant must either advise the Court that all parties consent to a referral to the magistrate judge, attaching the fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or advise the Court that all parties do not consent.

Dated: June 3, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge